JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SANDEEP SINGH,<br><br>    Petitioner,<br><br>v.<br><br>RICHARD IVES, Warden,<br><br>    Respondent. | Case No. CV 13-01785 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: March 21, 2013

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE