FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY $hy                          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SANDEEP SINGH, | Case No. CV 13-01785 JFW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD IVES, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: March 21, 2013

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY $hy                          DEPUTY